No. 14,460.

HANDLER ET AL. v. THE PEOPLE.
(86 P. [2d] 1119)

Decided January 3, 1939.

Judgment affirmed in department on application for supersedeas without written opinion, Mr. Chief Justice Burke, Mr. Justice Hilliard, Mr. Justice Bakke and Mr. Justice Knous participating.

Mr. M. B. WALDRON, Mr. JOHN G. REID, Mr. JEAN S. BREITENSTEIN, for plaintiffs in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. HENRY E. LUTZ, Assistant, for the people.

No. 14,485.

INDUSTRIAL COMMISSION ET AL. v. GARDNER.
(86 P. [2d] 1119)

Decided January 3, 1939.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Hilliard, Mr. Justice Bakke and Mr. Justice Knous participating.